```
1   PATRICK L. FORTE #80050
    ANNE Y. SHIAU, #273709                The following constitutes
2   LAW OFFICES OF PATRICK L. FORTE       the order of the court. Signed June 09, 2011
    One Kaiser Plaza, #480
3   Oakland, CA 94612
    Telephone: (510) 465-3328
4   Facsimile: (510) 763-8354             _____
                                          William J. Lafferty, III
5   Attorneys for Debtor                  U.S. Bankruptcy Judge
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 08-40131 WJL |
| **RITA CECILIA DELEUSE,** | Chapter 13 |
|         **Debtor.** _____/ | <u>ORDER MODIFYING CHAPTER 13 PLAN</u> |

    The above named debtor having served a Motion to Modify Chapter 13 Plan on April 26, 2011, and there being no objections thereto and good cause appearing therefor;

    **IT IS ORDERED** that debtor's Chapter 13 Plan be modified as follows:

    Commencing May 2011, debtor's plan will be deemed complete. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

**END OF ORDER**

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | **Attorneys for Debtor** |
| | Patrick L. Forte, Esq. |
| 3 | Anne Y. Shiau |
| | One Kaiser Plaza, #480 |
| 4 | Oakland, CA 94612 |
| 5 | |
| | U.S. Trustee |
| 6 | 1301 Clay Street, #690N |
| | Oakland, CA 94612 |
| 7 | |
| 8 | **Chapter 13 Trustee** |
| | Martha Bronitsky |
| 9 | Trustee |
| | P.O. Box 5004 |
| 10 | Hayward, CA 94540 |
| 11 | **Debtor** |
| | Rita Cecilia Deleuse |
| 12 | 1305 Lincoln Avenue, Apt A |
| | Alameda, CA 94501 |